1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    ANN MCGLENON, Bar #100433
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: 559.487./Fax: 559-487-5950
5
     Attorney for Fahn Meng Lee
6

7
                     IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11    UNITED STATES OF AMERICA,          )  Case No.  1:12-cr-00351 LJO
                                         )
12                  *Plaintiff*,         )            **AMENDED**
                                         )  APPLICATION FOR ORDER EXONERATING
13    vs.                                )  BOND AND FOR RECONVEYANCE OF
                                         )  REAL PROPERTY,  ORDER THEREON; AND
14    FAHN MENG LEE,                     )  EXHIBIT
                                         )
15                  *Defendant*.         )
                                         )
16                                       )

17

18        Defendant Fahn Meng Lee hereby moves this court for an order to exonerate the bond

19   and reconvey real property in the above-captioned case.

20        On July 24, 2013, Defendant Fahn Meng Lee appeared in this matter before Honorable

21   Barbara A. McAuliffe, United States Magistrate Judge, and was ordered released from custody

22   under the supervision of Pretrial Services and a $350,000 property bond, secured by real

23   properties owned by Ou Saelee and Muang F. Saelee, and by Nai W. Saelee and Le D. Trinh.  A

24   certified deed of trust **(#20130822000673)** was posted on behalf of Fahn Meng Lee by Ou Saelee

25   and Muang F. Saelee on August 23, 2013**.**  Additionally, a certified deed of trust

26   **(#201308190378)** was posted on behalf of Fahn Meng Lee by Nai W. Saelee and Le D. Trinh on

27   August 23, 2013.

28
                                         -1-

1    On November 11, 2013, Defendant Lee appeared before Honorable Lawrence J. O'Neill,

2  United States District Court Judge, for sentencing and she is currently serving a term of

3  imprisonment in Dublin FCI.  As the requirements of pretrial release were fully satisfied in this

4  case, Defendant Lee requests that the court exonerate the bond set by this court and reconvey

5  title the real title securing the bond as follows:

6    1)    Nai W. Saelee, a single person, and Le D. Trinh, a single person

7  (#201308190378);

8    2)    Oumeng Saelee and Muang F. Saelee, husband and wife (#20130822000673).

9  Dated:  January 7, 2014

10

11                                      Respectfully submitted,

                                        HEATHER E. WILLIAMS
12                                      Federal Defender

13
                                         *Ann H. McGlenon          /s/*
14                                      ANN H. MCGLENON
                                        Attorney for Fahn Meng Saelee
15

16

17                                  **O R D E R**

18    **IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated

19  and title to the real property securing said bond be exonerated as follows:

20    1)    Nai W. Saelee, a single person, and Le D. Trinh, a single person

21  (#201308190378) ;

22    2)    Oumeng Saelee and Muang F. Saelee, husband and wife (#20130822000673).

23

24  IT IS SO ORDERED.

25    Dated:   **January 9, 2014**              **/s/ Lawrence J. O'Neill**
26                                        UNITED STATES DISTRICT JUDGE

27

28

-2-